United States District Court
Southern District of Texas

**ENTERED**

August 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMAL ALIKHANI KOUPAEI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-322 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Jamal Alikhani Koupaei is a native of Iran and is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Respondents detain Petitioner based on 8 U.S.C. § 1225(b)(2) as an applicant for admission. Petitioner alleges that he was sexually assaulted in June 2026 while in custody.  Based on that alleged event, he filed a U Visa application as crime victim.

Petitioner now seeks an order requiring his immediate release or a requirement that he receive a bond hearing. (Motion, Doc. 13–1, 21)  As one ground for his Motion, he claims that he is entitled to relief as a member of the class certified in *Immigration Ctr. for Women & Children v. Noem*, No. 2:25-CV-09848-AB-AS, 2026 WL 1455004 (C.D. Cal. May 20, 2026).

To the extent that Petitioner requests an immediate temporary restraining order, the Court declines to issue such relief.  With respect to his request for a preliminary injunction, the Court establishes the briefing schedule below.  Accordingly, it is:

**ORDERED** that by no later than August 19, 2026, Respondents shall file a response to Petitioner's Motion for Preliminary Injunction Ordering Release Pending Final Judgment (Doc. 13).   Among its arguments, Respondents shall specifically address the applicability of *Immigration Ctr. for Women & Children*, 2026 WL 1455004.

It is also **ORDERED** that by no later than August 26, 2026, Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on September 2, 2026.

Signed on August 7, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge