United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMAL A. K.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-322 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| Respondents. | § | |

**ORDER WITHDRAWING REPORT AND RECOMMENDATION (Dkt. No. 18)**

On August 28, 2026, the Court issued a report and recommendation. Dkt. No. 18. Since then, Petitioner filed "Amended Petition for Writ of Habeas Corpus." Dkt. No. 20. Because the Court's Report and Recommendation was based on Petitioner's original Petition, the Court WITHDRAWS the report and recommendation (Dkt. No. 18). A new Report and Recommendation will be issued in due course once the issues in Petitioner's Amended Petition are fully briefed.

Signed on September 8, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.