United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMAL ALIKHANI KOUPAEI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-0322 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On September 2, 2026, the Court held a hearing and denied Petitioner Jamal Alikhani Koupaei's request for a preliminary injunction. During the hearing, the Court granted Petitioner leave to file an amended petition by September 16, and ordered that Respondents file a responsive pleading "two weeks after." *See* Minute Entry dated September 2, 2026. Petitioner filed his Amended Petition (Doc. 20) on September 4, but Respondents did not file an answer or response within two weeks of that filing.

Respondents now seek leave to file a responsive pleading by September 30, noting their interpretation of the Court's oral order as requiring a response to the amended petition by that date. (Motion, Doc. 24) In light of the ambiguity of the Minute Entry memorializing the Court's oral order on the deadline for a responsive pleading, the Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Respondent's Motion for Leave to File Response (Doc. 24) is **GRANTED**; and

**ORDERED** that by no later than September 30, 2026, Respondents shall file an answer, motion, or responsive pleading to the pending Amended Petition.

Signed on September 28, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge